CLARENCE R. CONGER, Individually and as Trustee, et al.,
Respondents, *v.* HYMAN ENSLER, Appellant, Impleaded with
Others.

*Conger* v. *Ensler,* 110 App. Div. 889, affirmed.
(Argued November 14, 1906; decided December 4, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Jan-
uary 17, 1906, modifying and affirming as modified a judg-

ment in favor of plaintiffs entered. upon a decision of the court on trial at Special Term in an action to obtain possession and recover for the use and occupation of certain premises.

*Joseph Fettretch* for appellant.

*Albert F. Hagar* for respondents.

Judgment affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.